**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**KRISTEN MENDEZ,**

     **Plaintiff,**

**vs.**                          **Case No. 1:26cv115-RH-MAF**

**JACK STOLLER,
and DAWN HILL-KEARSE,**

     **Defendants.**
**_____/**


**REPORT AND RECOMMENDATION**

On May 14, 2026, the Clerk's Office docketed a complaint, ECF No. 1, and motion for leave to proceed in forma pauperis, ECF No. 2, received from the pro se Plaintiff, whose address as shown on the mailing envelope was in Kansas City, Missouri.  ECF No. 1 at 2.  Ruling was deferred on Plaintiff's in forma pauperis motion because it was inconsistent and vague. *See* ECF No. 4.  In addition, the complaint was insufficient to state a claim. An Order was entered, advising Plaintiff that if she wanted to continue this case, she must submit a corrected in forma pauperis motion and an amended complaint on the court forms.  *Id.*  Plaintiff was given until **June**

**16, 2026**, to comply with that Order.  *Id.*  Alternatively, Plaintiff was advised to file a notice of voluntary dismissal by the same deadline if she agreed there was no basis to proceed with this case.

Finally, Plaintiff was required to show good cause why this case should continue in this Court and why she should not be sanctioned.  ECF No. 4.  Plaintiff submitted what appears to be the identical complaint in nearly every federal court in the United States.  A review of PACER (the Public Access to Court Electronic Records website) shows Plaintiff Kristen Mendez filed 33 cases in federal courts from Alaska to Wisconsin between May 11 - 14, 2026.  Review of case number 1:26cv296-JJM-PAS, filed in the District of Rhode Island, shows Plaintiff filed the identical complaint there that she filed here.  The same is true for case number 2:26cv366-RAH-CWB, filed in the Middle District of Alabama.

As of this date, Plaintiff has not responded to that Order, ECF No. 4, despite the warning that this case would be dismissed if Plaintiff did not respond.  It appears that Plaintiff has been initiating cases for amusement and not for justice.  This case should be dismissed for failure to comply with a Court order, and because the complaint is frivolous.

Case No. 1:26cv115-RH-MAF

In light of the foregoing, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with a Court Order and because the complaint, ECF No. 1, is frivolous.

**IN CHAMBERS** at Tallahassee, Florida, on June 18, 2026.


 S/     Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**


## NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations.  Fed. R. Civ. P. 72(b)(2).  A copy of the objections shall be served upon all other parties.  A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b)(2).  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  If a party fails to object to the Magistrate Judge's findings or recommendations as to any particular claim or issue contained in this Report and Recommendation, that party waives the right to challenge on appeal the District Court's order based on the unobjected-to factual and legal conclusions.  See 11th Cir. Rule 3-1; 28 U.S.C. § 636.**