# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

KRISTEN MENDEZ,

      Plaintiff,

v.                                            CASE NO. 1:26cv115-RH-MAF

JACK STOLLER and
DAWN HILL-KEARSE,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 5. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "This case is dismissed for failure to comply with a court order and as frivolous." The clerk must close the file.

SO ORDERED on July 14, 2026.

s/Robert L. Hinkle
United States District Judge

Case No. 1:26cv115-RH-MAF